```
            UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF WEST VIRGINIA
                     AT CHARLESTON
```

**UNITED STATES OF AMERICA**

**v.**                                    **CRIMINAL ACTION NO. 5:05-00058**

**ERIC ENGLAND**

### SUPERVISED RELEASE REVOCATION AND JUDGMENT ORDER

On November 12, 2009, the United States of America appeared by John L. File, Assistant United States Attorney, and the defendant, Eric England, appeared in person and by his counsel, Sante Boninsenga, Jr., for a hearing on the petition on supervised release submitted by United States Probation Officer Amy Berry-Richmond, the defendant having commenced a three-year term of supervised release in this action on February 1, 2008, as more fully set forth in the Judgment Including Sentence Under the Sentencing Reform Act entered by the court on October 26, 2005.

The court heard the admissions of the defendant and the representations and argument of counsel.

For reasons noted on the record of this proceeding, which are ORDERED incorporated herein by reference, the court found that the defendant has violated the conditions of supervised release in the following respect:  that the defendant committed the federal crime of possession with intent to deliver cocaine on December 16, 2008, for which he was arrested that date by the West Virginia State Police, as evidenced by his admission on the record of the hearing; all as set forth in the petition on supervised release.

And the court finding, as more fully set forth on the record of the hearing, that the violation warrants revocation of supervised release and, further, that it would unduly depreciate the seriousness of the violation if supervised release were not revoked, it is ORDERED that the supervised release previously imposed upon the defendant in this action be, and it hereby is, revoked.

It is ORDERED that sentencing be continued so that it may be held at the same time as sentencing in Criminal No. 2:09-00197 and is accordingly scheduled for 1:30 p.m. on February 24, 2010.

The defendant was remanded to the custody of the United States Marshal pending sentencing.

The Clerk is directed to forward copies of this order to the defendant, all counsel of record, the United States Probation Department and the United States Marshal.

DATED: November 23, 2009

John T. Copenhaver, Jr.
United States District Judge