```
               UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF WEST VIRGINIA
                       AT CHARLESTON
```

**UNITED STATES OF AMERICA**

**v.**                    CRIMINAL ACTION NO. 5:05-00058

**ERIC ENGLAND**

### SUPERVISED RELEASE REVOCATION AND JUDGMENT ORDER

On March 24, 2010, the United States of America appeared by John L. File, Assistant United States Attorney, and the defendant, Eric England, appeared in person and by his counsel, Sante Boninsenga, Jr., for sentencing, the court having revoked the defendant's three-year term of supervised release on November 12, 2009, as set forth in its order entered on November 23, 2009.

And the court, having complied with the requirements of Rule 32(a)(1)(B) and (C) of the Federal Rules of Criminal Procedure, and finding, on the basis of the original offense and the intervening conduct of the defendant, that the defendant is in need of correctional treatment which can most effectively be provided if he is confined, it is accordingly ORDERED that the defendant be, and he hereby is, committed to the custody of the

United States Bureau of Prisons for imprisonment for a period of **TWENTY-FOUR (24) MONTHS**, to run consecutively to the 27-month term of imprisonment imposed in Criminal No. 2:09-00013.

The defendant was remanded to the custody of the United States Marshal.

<u>Recommendation</u>: The court recommends that the defendant: (1) be designated to an institution where a Comprehensive/Residential Drug Treatment Program can be made available to him; and (2) to the extent compatible with the first recommendation, be designated, in order of priority, to FCI Ashland, FCI Lexington or FCI Manchester.

The Clerk is directed to forward copies of this order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshal.

DATED: April 12, 2010

John T. Copenhaver, Jr.
United States District Judge